TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN








NO. 03-96-00077-CV








In the Matter of J. S.









FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. J-14,431, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING







PER CURIAM


 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: April 17, 1996

Do Not Publish